IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

In re: BISPHENOL-A(BPA) )
POLYCARBONATE PLASTIC )
PRODUCTS LIABILITY LITIGATION )
)
) JUDGMENT IN A CIVIL CASE
)
)
) MDL No. 1967
) Master Case No.:08-1967-MD-W-ODS
) Applies to cases: 09-0036
) 09-0037
) 09-0038
)

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

    IT IS ORDERED AND ADJUDGED that final judgment be entered pursuant to Orders entered on 11/09/2009 and 01/04/2010.

                                        ANN THOMPSON,
                                        Clerk of Court

DATE: 01/04/2010                       /s/ Eva Will-Fees
                                        Eva Will-Fees, Courtroom Deputy